Harry J. Fireman, appellee, v. Oliver F. Smith, appellant. Gen. No. 33,381.

Opinion filed April 30, 1929.

Ossian Cameron and Edward H. S. Martin, for appellant. Wolfsohn & Fireman, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

The People of the State of Illinois ex rel. Rush, defendant in error, v. Frances Baroch, plaintiff in error. Gen. No. 32,445.

Opinion filed April 30, 1929.

Louis Greenberg and Tyrrell A. Richardson, for plaintiff in error. Charles Center Case, Special State's Attorney, for defendant in error. Grover C. Niemeyer, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

Harvey B. Cross, for the use of R. T. Brackett, plaintiff in error, v. Oliver J. Chambers, defendant in error. Gen. No. 33,156.

Opinion filed April 30, 1929.

Stephen A. Cross, for plaintiff in error. Samuel H. Gilbert, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

Everts Wrenn, appellant, v. William C. Pfeiffer, alias Charles Pfeiffer, appellee. Gen. No. 33,183.

Opinion filed April 30, 1929.

Bennett & Colbach, for appellant. Robert R. Mix, for appellee.

Mr. Justice Barnes delivered the opinion of the court.